

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00358-CR

**JOHNNY TERRELL DUFFEY,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2011-2026-C1

## MEMORANDUM OPINION

Johnny Terrell Duffey appealed his conviction for evading arrest or detention in a vehicle, elevated to a third degree felony.  TEX. PENAL CODE ANN. § 38.04 (West Supp. 2012).  A motion to dismiss has now been filed.  Duffey and his attorney personally signed the motion to dismiss.

Duffey's motion is granted.  The appeal is dismissed.  TEX. R. APP. P. 42.2(a).


                                        TOM GRAY
                                        Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 16, 2013
Do not publish
[CR25]